UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUISE KAM HAR LEE, | ) | No. CV 08-7531-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered in favor of defendant.


DATED: January 27, 2010          /S/ ROSALYN M. CHAPMAN
                                 ROSALYN M. CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-7531.jud
1/27/10